Slip Op. 18 - 25

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| DIAMOND SAWBLADES MANUFACTURERS COALITION, | |
| Plaintiff, | |
| v. | Before: R. Kenton Musgrave, Senior Judge |
| UNITED STATES, | Court No. 13-00241 |
| Defendant, | |
| and | |
| BEIJING GANG YAN DIAMOND PRODUCTS COMPANY, GANG YAN DIAMOND PRODUCTS, INC., CLIFF INTERNATIONAL LTD., HUSQVARNA CONSTRUCTION PRODUCTS NORTH AMERICA, INC., HEBEI HUSQVARNA-JIKAI DIAMOND TOOLS CO., LTD., WEIHAI XIANGGUANG MECHANICAL INDUSTRIAL CO., LTD., BOSUN TOOLS CO., LTD., and BOSUN TOOLS INC., | |
| Defendant-Intervenors. | |

**JUDGMENT**

This case having been instituted to challenge certain administrative review determinations of the International Trade Administration, U.S. Department of Commerce ("Commerce") published *sub nom. Diamond Sawblades and Parts Thereof from the People's Republic of China*, 78 Fed. Reg. 36166 (June 17, 2013), as amended by *Diamond Sawblades and Parts Thereof from the People's Republic of China*, 78 Fed. Reg. 42930 (July 18, 2013); and the

Court No. 13-00241                                                                                                          Page 2

matter having been remanded *per* slip opinion 14-112, ECF No. 87 (Sep. 23, 2014); and the administrative results of redetermination, dated May 18, 2015, having been sustained and judgment entered *per* slip opinion 15-116, ECF No. 118 (Oct. 21, 2015); and the case having been appealed to the Court of Appeals for the Federal Circuit, ECF Nos. 120 & 121 (Nov. 20, 2015); and the appellate court having affirmed in part, vacated in part, and remanded for further consideration that part of the decision that concerned Commerce's determination on the timeliness of the plaintiff's targeted dumping allegation, 704 Fed. Appx. 924 (Aug. 7, 2017); and after issuance of the mandate thereon, ECF No. 127 (Sep. 28, 2017), the case having been remanded to Commerce, Order of the Court, ECF No. 128 (Oct. 3, 2017); and the results of that remand having been filed, ECF. No. 137 (Jan. 18, 2018); and the parties having filed a joint status report, ECF No. 138 (Jan. 25. 2018), wherein they indicate (1) that "[o]n remand, the agency conducted a targeted dumping analysis, but ultimately did not find targeting sufficient to warrant changes to its margin calculations", *id*. at 2, referencing ECF No. 137, (2) that "no further briefing is necessary", *id*., and (3) that "the final remand results may be sustained" as is, *id*.; Now, therefore, in view of the foregoing, and upon other papers and proceedings, it is

        **ORDERED**, **ADJUDGED and DECREED** that Commerce's *Final Remand Redetermination, Diamond Sawblades Manufacturers' Coalition v. United States, CIT Consol. Ct. No. 13-00241* (Jan. 19, 2018), ECF No. 137, be, and it hereby is, sustained.

                                       /s/  R. Kenton Musgrave
                                       R.  Kenton Musgrave, Senior Judge

Dated: March 22, 2018
       New York, New York